IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-178-CV 





GOVERNMENT PERSONNEL MUTUAL LIFE INSURANCE COMPANY,



 APPELLANT


vs.





ETHAN GOMER, JR.,



 APPELLEE



 




FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT



NO. 131,779-C, HONORABLE STANTON B. PEMBERTON, JUDGE PRESIDING



 




PER CURIAM



 This is a dismissal for want of prosecution.

 Generally, an appellant must file his brief within thirty days after the filing of the
transcript and statement of facts, if any. Tex. R. App. P. 74(k). If the appellant fails to file its
brief within the prescribed time, the appellate court may dismiss the appeal for want of
prosecution, unless the appellant shows a reasonable explanation for failing to file the brief and
the appellee has not suffered material injury. Tex. R. App. P. 74(l)(1).

 The transcript in this cause was filed on April 8, 1993. Appellant has not filed a
statement of facts. Accordingly, appellant's brief was due thirty days after the filing of the
transcript, on May 10, 1993. See Tex. R. App. P. 5(a). Appellant has not filed its brief. 
Moreover, appellant has not filed a motion for extension of time showing a reasonable explanation
for the omission. See Tex. R. App. P. 74(n). Accordingly, we dismiss this appeal for want of
prosecution. See Dickson v. Dickson, 541 S.W.2d 895 (Tex. Civ. App.--Austin 1976, writ dism'd
w.o.j.).


[Before Justices Powers, Kidd and B. A. Smith]

Dismissed for Want of Prosecution

Filed: June 9, 1993

[Do Not Publish]